FILED: April 1, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4259

(2:09-cr-00160-PMD-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

KENDALL T. COHEN

        Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Charleston |
| Originating Case Number | 2:09-cr-00160-PMD-1 |
| Date notice of appeal filed in originating court: | 03/31/2014<br>03/28/2014 |
| Appellant | Kendall T. Cohen |
| Appellate Case Number | 14-4259 |
| Case Manager | Barbara H. Rowe<br>804-916-2704 |