FILED: November 7, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-4259
(2:09-cr-00160-PMD-1)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

KENDALL T. COHEN,

        Defendant - Appellant.

O R D E R

After a review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), we conclude that there are nonfrivolous issues that would benefit from adversarial presentation. Accordingly, we direct the parties to submit merits briefs addressing whether the district court committed reversible error: (1) in finding that Cohen's prior South Carolina felony conviction for assault of a police officer while resisting arrest is a "crime of violence" under U.S. Sentencing Guidelines Manual § 2K2.1(a)(2) (2013); and (ii) when it explained the reasons for Cohen's sentence at resentencing. By

separate order, the Clerk will establish an appropriate briefing schedule.

                                        For the Court,

                                                  /s/ Patricia S. Connor
                                                          Clerk