Filed: November 7, 2014

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

ANDERS SUPPLEMENTAL BRIEFING ORDER
_____

No. 14-4259,    US v. Kendall Cohen
                2:09-cr-00160-PMD-1

The court directs supplemental briefing as follows:

Supplemental opening brief and joint appendix due: 11/28/2014

(The joint appendix must conform to the Fourth Circuit Brief & Appendix Requirements (available as a link from this order and at www.ca4.uscourts.gov).

Supplemental response brief due : 12/19/2014

Supplemental reply brief permitted by: 12/29/14

/s/ PATRICIA S. CONNOR, CLERK
By: Barbara H. Rowe, Deputy Clerk